## Austin's Estate.

Argued April 16, 1934.   Before FRAZER, C. J., SIMP-
SON, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Shippen Lewis,* with him *Richard W. Ledwith,* for appellant.

*Cuthbert H. Latta, Jr.,* of *Williams, Brittain & Sinclair,* for appellees.

PER CURIAM, June 30, 1934:

The opinion of Judge GEST, confirmed by the court in banc, fully sets forth and correctly disposes of the question involved in this appeal. The decree of the lower court is affirmed on that opinion, at costs of the estate.